In the Matter of CHARLES KADISH, an Attorney.—

Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.